# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MATTHEW ELIJAH THORNBROUGH, ) ) ) Plaintiff, ) ) ) v. ) ) DOC OF THE STATE ) OF OKLAHOMA, ) ) Defendant. ) | Case No. CIV-24-906-D |

## ORDER

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Chris M. Stephens pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 4] in its entirety.

For the reasons stated therein, this action is transferred to the United States District Court for the Eastern District of Oklahoma pursuant to 28 U.S.C. § 1406(a).

**IT IS SO ORDERED** this 16th day of October, 2024.

TIMOTHY D. DeGIUSTI
Chief United States District Judge